

# Fourth Court of Appeals

## San Antonio, Texas

July 2, 2013

No. 04-13-00213-CV

Mark A. **CANTU**,
Appellant

v.

**GUERRA & MOORE LLP**, Carlos Guerra, J. Michael Moore, and David Lumber,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

On July 2, 2013, Mark A. Cantu, appellant, filed a document titled, "Appellant's Motion for Temporary Relief and Request for Stay." The appellant's motion is DENIED.

It is so ORDERED on this 2nd day of July, 2013.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court